UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
BRYAN VELAZQUEZ,                                                       :
:
                     Plaintiff,                                     :
                                                       :      22 Civ. 7966 (JPC)
      -v-                                                              :
                                                     :          ORDER
SOUTH AFRICAN EMPORIUM, LLC,                                           :
:
                     Defendant.                                    :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On November 30, 2022, Plaintiff served Defendant with copies of the Summons and Complaint. Dkt. 7. Defendant's deadline to respond to the Complaint was therefore December 21, 2022. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until January 6, 2023. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff should seek a Certificate of Default by January 13, 2023.

      SO ORDERED.

Dated: December 27, 2022
       New York, New York

                                                                JOHN P. CRONAN
                                                           United States District Judge